UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LOIS MOORE,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CENTENNIAL PARK and KORY THOMPSON,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00113-APG-CWH<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

On June 15, 2017, Magistrate Judge Hoffman screened the plaintiff's complaint and dismissed it for lack of jurisdiction, with leave to amend. ECF No. 4. Judge Hoffman advised the plaintiff that a second amended complaint was due by July 17, 2017 and failure to file a second amended complaint would result in this case being dismissed without prejudice. Plaintiff did not file a second amended complaint.

IT IS THEREFORE ORDERED that this case is DISMISSED without prejudice. The clerk of court is instructed to close this case.

DATED this 2nd day of August, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE